**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **SARA PARK,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil No.: 1:20-cv-01260- -RDA-TCB |
| ) | |
| **WAL-MART STORES, INC.** ) | |
| ) | |
| **Defendant.** ) | |
| _____) | |

## STIPULATION OF DISMISSAL

It is hereby stipulated and agreed by and between the parties that the above-captioned action has settled and is voluntarily dismissed, with prejudice, against the Defendant pursuant to the Federal Rule of Civil Procedure 41(a)(1).

Dated:  February 16, 2022                             Respectfully submitted,

 /s/ John M. Murdock
John M. Murdock (VSB # 26647)
POTTER & MURDOCK, P.C.
252 N. Washington St.
Falls Church, Virginia 22046
Tel:  (703) 992-6950
Fax:  (703) 832-0211
Email:  jmurdock@pottermurdock.com
*Counsel for Defendant*

/s/ Robert John Harris
Robert John Harris (VSB # 23143)
Robert J. Harris PLC
6269 Leesburg Pike
Falls Church, VA 22044
(703) 771-2469

        Fax: (703) 777-7800  
        Email: rjharris101@msn.com  
        *Counsel for Plaintiff*

**IT IS SO ORDERED:**

This ____ day of _____, 2022.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of February 2022, a copy of the foregoing was filed with the Court's ECF system to all counsel of record:

Robert John Harris  
Robert J. Harris PLC  
6269 Leesburg Pike  
Falls Church, VA 22044  
(703) 771-2469  
*Counsel for Plaintiff*

        /s/ John M. Murdock  
        John M. Murdock