IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SARA PARK, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:20-cv-1260 (RDA/TCB) |
| WAL-MART STORES, INC., | ) |
| Defendant. | ) |

**ORDER**

This matter comes before the Court on the parties' Stipulation of Dismissal. Dkt. 10. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the action is DISMISSED WITH PREJUDICE; and it is

FURTHER ORDERED that the final pretrial conference set in this matter for February 17, 2022 is VACATED.

The Clerk is directed to forward copies of this Order to counsel of record and to close this civil action.

It is SO ORDERED.

Alexandria, Virginia
February 16, 2022

/s/
Rossie D. Alston, Jr.
United States District Judge